FILED

10/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0381

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0381

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

ORDER

JORDAN KYLE KEEFE,

     Defendant and Appellant.

_____

The parties to this appeal have filed a stipulation and joint motion to dismiss under M. R. App. P. 16(5). The parties stipulate that the case should be remanded to the Twentieth Judicial District Court, Sanders County, with instructions to amend the written judgment in DC-14-16 to reflect 25 additional days of elapsed time credit toward the sentence, and that the appeal should be dismissed upon remand. The parties further move that remittitur should issue immediately.

During the oral pronouncement of sentence on May 24, 2022, the District Court granted 18 months of elapsed time credit, based on the recommendation of the probation officer. Upon review of the record, and in accordance with the law, Mr. Keefe is entitled to 18 months and 25 days. When considering elapsed time credit toward a new sentence upon revocation of a prior sentence, the court shall "allow all of the elapsed time served without any record or recollection of violations as a credit against the sentence." Mont. Code Ann. § 46-18-403(7)(b); *State v.*

*Pennington*, 2022 MT 180, ¶ 26, 410 Mont. 104, 517 P.3d 894; *State v. Jardee*, 2020 MT 81, ¶ 7, 399 Mont. 459, 461 P.3d 108.

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED that this matter is remanded for the Twentieth Judicial District Court, Sanders County, to amend the judgment to reflect 25 days of elapsed time credit in addition to the 18 months of elapsed time credit already received.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that remittitur shall issue immediately.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Honorable Molly Owen, presiding judge since the retirement of the Honorable James A. Manley.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2023